UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIEL BLANCHARD, et al.,
Plaintiffs,

v.                                    Case No.: 3:10-cv-712-J-20TEM

THE HONORABLE JIM OVERTON
in his Capacity as PROPERTY APPRAISER,
DUVAL COUNTY, FLORIDA,
Defendant.
_____/

## ORDER

A hearing was held on Plaintiffs' Motion to Certify Class and Memorandum of Law in Support (Dkt. 25) on February 15, 2012. After listening to the argument of counsel, this Court Orders the following:

1. Plaintiffs shall have until the close of business on Friday, February 17, 2012, in which to file an Amended Complaint;

2. The parties shall engage in discovery on the issue of class certification until the close of business on March 14, 2012;

3. By the close of business on March 14, 2012, the parties shall file a proposed Joint Case Management and Scheduling Report;

4. A hearing is scheduled on Plaintiffs' Motion to Certify Class and Memorandum of Law in Support for Wednesday, April 11, 2012 at 9:30; and

5. Defendant's Motion for Case Management Conference in Lieu of Hearing on Motion for Class Certification is **GRANTED in Part** as provided for above.

**DONE AND ENTERED** at Jacksonville, Florida, this 15 day of February, 2012.

　　　　　　　　　　　　　　　　　　　　　　　HARVEY E. SCHLESINGER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Copies to:
Christina Parrish, Esq.
Neil L. Henrichsen, Esq.
Helen Albee, Esq.
David J. D'Agata, Esq.
Michael B. Wedner, Esq.
Craig D. Feiser, Esq.